| | |
|---|---|
| Mark Ankcorn (SBN 166871)<br>Law Offices of Mark Ankcorn<br>525 B Street, Suite 1500<br>San Diego, California 92101-4417<br>(619) 858-4736 | |
| **UNITED STATES BANKRUPTCY COURT**<br>Southern District of California<br>325 West "F" Street, San Diego, CA 92101-6991 | |
| In re:<br>  Juan and Celia HERNANDEZ<br>                                     Debtor(s). | Case No. 09-19847-PB13 |

## OBJECTION TO CLAIM AND NOTICE THEREOF

TO:        Wells Fargo Bank, N.A.
            c/o Pite Duncan LLP

   The Debtor, except to the extent already paid by the Chapter 13 trustee, objects to the allowance of the Court Claim No. 9 of Wells Fargo Bank, N.A., filed for $251,904.31 on the grounds that it:

   The claim of this creditor is an obligation secured by a first priority interest in real property formerly owned by the debtor.  Pursuant to the order of this Court dated April 26, 2010 (Doc. 38) granting the creditor's motion for relief from stay, the creditor has foreclosed on its security interest and has sold the property at a trustee's sale.  Pursuant to California Code of Civil Procedure, section 726, subdivision (a), the creditor can have no further claim against the debtor.

   **If you object to the proposed action:**

   **1.  YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtoom Deputy for the judge assigned to this bankruptcy case.  For this Chapter 13 case, call (619) 557-5955.

   **2.  WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THE MOTION** you are further required to serve a copy of your Declaration in Opposition to Motion and separate Request and Notice of Hearing [Local Form CSD 1184] upon the undersigned moving party, together with any opposing papers.  The opposing declaration shall be signed and verified in the manner proscribed by FRBP 9011, and the declaration shall (a) identify the interest of the opposing party and (b) state with particularity the grounds for the opposition.  If you have been served electronically or by mail, you have three (3) additional days to take these actions.

   **3.  YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

   IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the fourteen (14) day or seventeen (17) day

period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

    I hereby declare under penalty of perjury that the objection set forth above is true and correct to the best of my information and belief

DATED: June 25, 2010            /s/ Juan Hernandez
                                                       Debtor

### Certificate of Service

I, the undersigned whose address appears below, certify:
    That I am, and at all times hereinafter mentioned was, more than 18 years of age;
    That on the 30th day of June, 2010, I served a true copy of the within OBJECTION TO CLAIM AND NOTICE THEREOF, by the Court's CM/ECF system, on the following persons:

    Wells Fargo Bank, N.A.
    c/o Pite Duncan LLP
    Box 17933
    San Diego, CA 92177-0933

    Thomas H. Billingslea, Trustee
    530 B Street, Suite 1500
    San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

DATED: June 30, 2010            /s/ *Mark Ankcorn*

                                                       Law Offices of Mark Ankcorn
                                                       525 B Street, Suite 1500
                                                       San Diego, California 92101